## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                               CHAPTER 13 NO.:

FRED D. & PEARLDENE D. WILLIAMS                                 06 – 02944 - NPO

### RULE 3011 LIST OF UNCLAIMED FUNDS,
### CLAIMANTS AND AMOUNTS

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Charles Hopkins | 203 Lake Forest Drive<br>Vicksburg, MS 39183-8671 | $628.35 |

THAT, this check was sent to the above named creditor at the address listed above, which is the address listed on the Debtor's schedules, but the check was returned to the Trustee and has been voided.

THAT, the Trustee has been unable to locate the creditor.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:  March    16   , 2011

                Respectfully submitted,

                   /s/Harold J. Barkley, Jr.
                HAROLD J. BARKLEY, JR. – MSB #2008
                CHAPTER 13 TRUSTEE
                POST OFFICE BOX 4476
                JACKSON, MS 39296-4476
                PHONE: 601/362-6161
                FAX: 601/362-8826
                E-MAIL:  HJB@HBARKLEY13.COM

## **C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee
ustpregion05.ja.ecf@usdoj.gov

Hon. Eugene A. Perrier
eap@askaboutlaw.com

Fred D. & Pearldene D. Williams
285 Ironwood Drive
Vicksburg, MS 39180-0920

Charles Hopkins
203 Lake Forest Drive
Vicksburg, MS 39183-8671


Dated:  March   16  , 2011

                                                   /s/Harold J. Barkley, Jr.
                                                 HAROLD J. BARKLEY, JR.